UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (FRESNO)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  13-CR-221-LJO |
| Plaintiff, | ) | |
| | ) | ORDER |
| V. | ) | |
| | ) | |
| IGNACIO BELTRAN, | ) | |
| Defendant. | ) | |

**_IT IS HEREBY ORDERED_** that the Sentencing date in this matter is hereby continued until <u>August 11, 2014 at 8:30am.</u>

Dated: May 7, 2014

<u>/s/ Lawrence J. O'Neill</u>
LAWRENCE J. O'NEILL
United States District Judge