1
2
3
4
5

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA (FRESNO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br><br>   V.<br><br>IGNACIO BELTRAN,<br>            Defendant. | Case No.   13-CR-221-LJO<br><br>ORDER |

   ***IT IS HEREBY ORDERED*** that the Sentencing date in this matter is hereby continued until September 15, 2014 at 8:30 a.m..


Dated: July 28, 2014             /s/ Lawrence J. O'Neill
                                 LAWRENCE J. O'NEIL
                                 United States District Judge