UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO BELTRAN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Respondent. | 1:13-cr-00221-LJO-SKO-1<br><br>**ORDER DENYING REQUEST FOR NOTIFICATION PURSUANT TO SENTENCING REFORM ACT OF 2015.** |

　　The Court has reviewed and considered the January 19, 2016 submission by Ignacio Beltran ("Petitioner"), in which Petitioner "request[s] notification or reduction of [his] sentence Pursuant to [the] Sentencing Reform Act of 2015, once it become[s] law." Doc. 38. As Petitioner correctly recognizes, the Sentencing Reform Act of 2015, H.R. 3713, 114th Cong. (2015-2016)[1], is not yet law. *See United States v. Garcia*, No. CR-F-94-05006-001, 2011 WL 2551329, at *1 (E.D. Cal. June 24, 2011) (finding petitioner failed to state a claim for habeas corpus relief based upon previous, un-adopted sentencing reform bills).

　　This Court lacks jurisdiction to act on Petitioner's request and has no procedure to monitor and track the passage of proposed legislation and/or requests by defendants to be notified if proposed legislation passes. Accordingly, the Court must DENY Petitioner's request for notification.

IT IS SO ORDERED.

　　Dated:　**January 21, 2016**　　　　　　　／s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] Petitioner misidentifies this bill as H.R. 3373.

1